**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| v. | )  **CRIMINAL ACTION** |
| | )  **NO. 10-00081** |
| | ) |
| **TYRONE FIELDS,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**AND NOW**, this 14th day of December 2010, upon consideration of Defendant's Motion to Suppress Physical Evidence Obtained in Violation of the Fourth Amendment [Doc. No. 18] and the Supplemental Motion to Suppress [Doc. No. 21], seeking the suppression of physical evidence obtained on March 22, 2009 in connection with an investigative stop of Defendant at 5663 Pentridge Street, as well as a subsequent incriminating statement elicited from Defendant on the same day, the Government's Response [Doc. No. 20], after testimony presented at an evidentiary hearing and oral argument thereon, and in accordance with the Court's decision entered November 15, 2010 [Doc. No. 23], it is hereby

**ORDERED** that Defendant's Motion to Suppress Physical Evidence [Doc. No. 18] and Supplemental Motion to Suppress [Doc. No. 21] are **DENIED**.

It is so **ORDERED**.

**BY THE COURT:**

*/s/* Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**